**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Cherie H. Howard | ) | Case No. 4:09cv1586 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | MAGISTRATE BENITA Y. PEARSON |
| | ) | |
| Asset Acceptance Capital Corp., | ) | **STIPULATION OF DISMISSAL WITH** |
| d/b/a Asset Acceptance, LLC | ) | **PREJUDICE PURSUANT TO** |
| | ) | **FRCP 41(a)(1)(ii)** |
| Defendant. | ) | |

Now comes the parties, by and through counsel, and hereby stipulate to have this action dismissed with prejudice. The parties request that the Court retain jurisdiction for 30 days to enforce the settlement agreement.

Respectfully Submitted,                                Approved by:

s/ Eric T. Kohut                                       s/ Debra Weaver (consent)
Eric T. Kohut, Esq. (0074947)                          Debra Weaver, Esq. (0080235)
Kimberly A. Klemenok, Esq. (0069046)                   Attorney for Plaintiff
Staff Attorneys for Defendant                          1330 Wick Avenue
P.O. Box 318037                                        Youngstown, OH 44505
Cleveland, OH 44131                                    Tel. (330) 744-1748
Tel. (216) 485-8416                                    Debraweaver2000@hotmail.com
Fax (216) 485-8401
ekohut@assetacceptance.com
kklemenok@assetacceptance.com

**IT IS SO ORDERED**.

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**
August 19, 2009